**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRYSTLE MACAPAGAL AGUSTIN, | No. 11-71342 |
| Petitioner, | |
| | Agency No. A094-880-382 |
| v. | |
| | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012[**]

Before:    CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Krystle Macapagal Agustin, a native and citizen of the Philippines, petitions

for review of the Board of Immigration Appeals' order dismissing her appeal from

an immigration judge's ("IJ") decision denying her request for a continuance. We

have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of a continuance, *Ahmed v. Holder*, 569 F.3d 1009, 1012 (9th Cir. 2009), and we deny the petition for review.

The agency did not abuse its discretion in denying Agustin's request for a continuance where she failed to show good cause. *See* 8 C.F.R. § 1003.29; *cf. Ahmed*, 569 F.3d at 1012-15 (good cause shown for continuance to await adjudication of I-140 appeal).

Agustin's request regarding prosecutorial discretion is denied.

**PETITION FOR REVIEW DENIED.**